CO-386-online
10/03

# United States District Court
# For the District of Columbia

ANTHONY PRICE )
)
)
)
         Plaintiff )
vs )   Civil Action No._____
)
WELLS FARGO FINANCIAL )
MARYLAND, INC. )
)
         Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Wells Fargo Financial Maryland, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Wells Fargo Financial Maryland, Inc.__ which have any outstanding securities in the hands of the public:

Wells Fargo & Company is a publicly traded bank holding company. It is the parent of Wells Fargo Financial Services, Inc., which is the parent of Wells Fargo Financial, Inc. Wells Fargo Financial, Inc. is the parent of Wells Fargo Financial Maryland, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

484434
BAR IDENTIFICATION NO.

Anitra D. Goodman
Print Name

101 Constitution Avenue, NW, Suite 900
Address

Washington    DC    20001
City          State  Zip Code

(202) 712-2800
Phone Number