IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY PRICE<br><br>     Plaintiff,<br><br>vs.<br><br>WELLS FARGO FINANCIAL<br>MARYLAND, INC.<br><br>     Defendant. | Civil Action No.:  07-CV-01758-RWR |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER,
PLEAD, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Wells Fargo Financial Maryland, Inc. ("Wells Fargo"), by and through counsel, respectfully moves the Court for a fourteen (14) day extension of time within which it may respond to the Complaint of Plaintiff Anthony Price ("Plaintiff"), to and until October 23, 2007.  In support of this motion, Wells Fargo shows the Court the following:

1.     Plaintiff filed his Complaint on September 7, 2007 in the Superior Court of the District of Columbia and served Wells Fargo on September 10, 2007;

2.      Wells Fargo removed this action to the United States District Court for the District of Columbia on October 1, 2007;

3.      The time within which Wells Fargo may answer or otherwise respond to the Complaint has not yet expired;

1

4. Despite due diligence and good faith efforts, Wells Fargo and its counsel require an extension of time in order to investigate the allegations in the Complaint and prepare a responsive pleading;

5. Counsel for Wells Fargo conferred with Plaintiff's counsel, by telephone, on October 3, 2007, and Plaintiff's Counsel does not oppose this motion.

WHEREFORE, Defendant Wells Fargo Financial Virginia, Inc. prays the Court for an Order enlarging the time within which it may respond to Plaintiff's Complaint for a period of fourteen (14) days, or to and including October 23, 2007.

DATED: October 5, 2007    Respectfully submitted,

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: /s/ Anitra D. Goodman
   Anitra D. Goodman (D.C. Bar No. 484434)
   101 Constitution Avenue, Suite 900
   Washington, DC 20001
   Phone: (202) 712-2891
   Fax: (202) 712-2840
   E-mail address: anitra.goodman@nelsonmullins.com

*Counsel for Defendant Wells Fargo Financial Maryland, Inc.*

OF COUNSEL:

Matthew P. McGuire
N.C.S.B. No. 20048
Nelson Mullins Riley & Scarborough LLP
GlenLake One
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612
Phone: (919) 877-3800
Fax: (919) 877-3799

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **Unopposed Motion for Extension of Time to Answer, Plead, or Otherwise Respond to Plaintiff's Complaint** was filed electronically. Notice of filing will be sent to the following by operation of the Court's electronic filing and notification system:

Mark H. Steinbach, Esq.
O'Toole, Rothwell, Nassau & Steinbach
1350 Connecticut Avenue, NW
Suite 200
Washington, DC 20006
steinbach@otrns.com


DATED:  October 5, 2007


/s/ Anitra D. Goodman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY PRICE<br><br>      Plaintiff,<br><br>vs.<br><br>WELLS FARGO FINANCIAL<br>MARYLAND, INC.<br><br>      Defendant. | Civil Action No.:  07-CV-01758-RWR |

**ORDER EXTENDING TIME TO ANSWER, PLEAD, OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

It is hereby ORDERED that the time within which Defendant Wells Fargo Financial Maryland, Inc. may respond to Plaintiff's Complaint is enlarged for a period of fourteen (14) days, or to and including October 23, 2007.

This the ____ day of October, 2007.

                                                                    _____
                                                                     United States District Judge