IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY PRICE<br><br>      Plaintiff,<br><br>   vs.<br><br>WELLS FARGO FINANCIAL MARYLAND, INC.,<br><br>      Defendant. | Civil Action No.: 07-CV-01758-RWR<br><br>**DEFENDANT WELLS FARGO FINANCIAL MARYLAND, INC.'S MOTION TO STAY REQUIREMENT OF FILING RESPONSIVE PLEADING PENDING COURT'S RULING ON MOTION TO COMPEL ARBITRATION** |

      Defendant Wells Fargo Financial Maryland, Inc. ("Wells Fargo"), pursuant to Local Rule 7(a) and through the undersigned counsel, moves to stay the requirement of filing a responsive pleading pending the Court's ruling on Wells Fargo's Motion to Compel Arbitration and Dismiss or Stay, which is presently before the Court. In Support of this Motion, Wells Fargo shows the following:

      1.    Plaintiff Anthony Price ("Plaintiff") filed his Complaint on September 7, 2007, in the Superior Court of the District of Columbia.

      2.    Wells Fargo timely removed the action to this Court on October 1, 2007.

      3.    On October 5, 2007, Wells Fargo filed a Motion for Extension of Time to Answer, Plead, or Otherwise Respond to Plaintiff's Complaint.

      4.    Wells Fargo filed a Motion to Compel Arbitration and Dismiss or Stay Action and supporting Statement of Points and Authorities on October 23, 2007.

5.   Well's Fargo's counsel conferred with Plaintiff's counsel and did not obtain consent to this motion.

WHEREFORE, Wells Fargo respectfully requests that the Court grant its Motion to Stay the requirement of filing a responsive pleading pending the Court's ruling on Wells Fargo's Motion to Compel Arbitration and Dismiss or Stay Action.

DATED:  October 23, 2007

                              Respectfully submitted,


                              NELSON MULLINS RILEY & SCARBOROUGH LLP


                              By: /s/    Anitra D. Goodman
                                 Anitra D. Goodman (D.C. Bar No. 484434)
                                 101 Constitution Avenue, Suite 900
                                 Washington, DC  20001
                                 Phone: (202) 712-2891
                                 Fax: (202) 712-2840
                                 E-mail address:  anitra.goodman@nelsonmullins.com

                              Counsel for Defendant Wells Fargo Financial Maryland, Inc.


OF COUNSEL:

Matthew P. McGuire
N.C.S.B. No. 20048
Nelson Mullins Riley & Scarborough LLP
GlenLake One
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612
Phone:  (919) 877-3800
Fax:  (919) 877-3799
E-mail address:  matt.mcguire@nelsonmullins.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically. Notice of filing will be sent to the following by operation of the ECF system:

Mark H. Steinbach, Esq.
O'Toole, Rothwell, Nassau & Steinbach
1350 Connecticut Avenue, NW
Suite 200
Washington, DC 20006
steinbach@otrons.com


DATED: October 23, 2007

/s/ Anitra D. Goodman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY PRICE<br><br>  Plaintiff,<br><br>  vs.<br><br>WELLS FARGO FINANCIAL<br>MARYLAND, INC.,<br><br>  Defendant. | Civil Action No.:  07-CV-01758-RWR<br><br>**ORDER** |

This matter is before the Court on the motion of Defendant Wells Fargo Financial Maryland, Inc. to stay the requirement of filing a responsive pleading pending the Court's ruling on its Motion to Compel Arbitration and Dismiss or Stay Action.  After considering all documents and briefs filed by the parties, it is hereby

ORDERED that Wells Fargo Financial Maryland, Inc.'s Motion to Stay Requirement of Filing Responsive Pleading Pending Ruling on Motion to Compel Arbitration and Dismiss or Stay Action is GRANTED.

  IT IS SO ORDERED.

This ___ day of _____, 2007.

_____
United States District Judge