IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY PRICE )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>WELLS FARGO FINANCIAL )<br>MARYLAND, INC. )<br>)<br>    Defendant ) | Civil Action No. 07-CV-01758-RWR |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND DISMISS AND OR STAY ACTION, AND TO DEFENDANT'S MOTION TO STAY REQUIREMENT OF FILING RESPONSIVE PLEADING PENDING COURT'S RULING ON MOTION TO COMPEL ARBITRATION**

    Plaintiff Anthony Price, by counsel, has no objection to entry of an Order directing that this matter be stayed until it has been resolved by arbitration. In the interest of judicial economy, however, Plaintiff requests that the Court stay this action, rather than dismiss it outright, so that at such time as Plaintiff may obtain a judgment against the Defendant, Plaintiff may be spared the expense and inconvenience of filing a new action to enforce his judgment. As Defendant is the party seeking arbitration, Plaintiff requests that Defendant be required to initiate arbitration within 10 days of this Court's order (saving Plaintiff the filing fee, in accordance with the parties' Arbitration Agreement).

    Plaintiff has no objection to Defendant's request that the Court excuse it from filing a responsive pleading to the Complaint until the Court rules on its motion to compel arbitration.

    A proposed Order is attached.

           O'TOOLE, ROTHWELL, NASSAU & STEINBACH

      By:  /s/ Mark H. Steinbach
         Mark H. Steinbach (D.C. Bar No. 212589)
         1350 Connecticut Avenue, N.W.
         Suite 200
         Washington, D.C. 20036
         (202) 775-1550
         Attorneys for Plaintiff Anthony Price

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically. Notice of filing will be sent to the following by operation of the ECF system:

Anitra D. Goodman
101 Constitution Avenue, Suite 900
Washington, DC 20001
anitra.goodman@nelsonmullins.com

DATED November 2, 2007

                /s/ Mark H. Steinbach

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY PRICE )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>WELLS FARGO FINANCIAL )<br>MARYLAND, INC. )<br>)<br>    Defendant ) | Civil Action No. 07-CV-01758-RWR |

## **ORDER**

This matter is before the Court on the Defendant's Motion to Compel Arbitration and the Defendant's Motion to Stay Requirement of Filing Responsive Pleading Pending Court's Ruling on Motion to Compel Arbitration.

Upon consideration of these Motions, and the Plaintiff's lack of opposition to staying this case pending the outcome of arbitration, it is by the Court this ___ day of _____, 2007:

ORDERED, that within 10 days of the date of this Order, Defendant shall initiate arbitration of Plaintiff's claims before the American Arbitration Association, in accordance with the parties' Arbitration Agreement. It is further

ORDERED, that this action shall be stayed until such time as there has been a final ruling by an arbiter from the American Arbitration Association on the Plaintiff's claims.

_____
Judge

cc:
Mark H. Steinbach
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
steinbach@otrons.com

Anitra D. Goodman
101 Constitution Avenue, Suite 900
Washington, DC 20001
anitra.goodman@nelsonmullins.com