**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| ANTHONY PRICE, ) | |
| ) | |
|      Plaintiff, ) | |
| ) | |
|      v. ) | Civil Action No. 07-1758 (RWR) |
| ) | |
| WELLS FARGO FINANCIAL ) | |
| MARYLAND, INC., ) | |
| ) | |
|      Defendant. ) | |
| _____) | |

<u>ORDER</u>

The defendant has moved to compel arbitration and to stay or dismiss the case pending arbitration.  In response, the plaintiff has agreed to arbitration, but seeks a stay, not a dismissal. The plaintiff also requests that the defendant be ordered to initiate the arbitration within 10 days of this order.  It is hereby

ORDERED that the defendant's motion [7] to compel arbitration and to dismiss or stay the case be, and hereby is GRANTED.  The defendant is directed to initiate arbitration proceedings pursuant to the parties' arbitration agreement within 10 days of the entry of this order.  It is further

ORDERED that this case be, and hereby is, STAYED and ADMINISTRATIVELY CLOSED while the arbitration proceeding is pending.  The parties are directed to file a joint status report

-2-

and proposed order no later than 10 days after a final decision

in the arbitration proceeding is issued.  It is further

     ORDERED that the defendant's motion [6] to stay the

requirement of filing a responsive pleading be, and hereby is,

GRANTED nunc pro tunc.

     SIGNED this 7th day of December, 2007.


_____/s/_____
RICHARD W. ROBERTS
United States District Judge